# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

134902

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TERI LYNN GALLANT,
      Plaintiff-Appellee,

v

                                SC: 134902
                                COA: 265396
JON ANDREW GALLANT, JR.,           Jackson CC: 03-002034-DM
      Defendant-Appellant,
and

GALLANT TRANSPORT, INC., and
JON ANDREW GALLANT, SR.,
      Defendant/Intervenor-Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 21, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

t0317

                               Clerk